# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL RUIZ-LATORRE, <br><br> Petitioner <br><br> v. <br><br> SUPERINTENDENT THERESA DEBASO, *et al.*, <br><br> Respondents | Civil No. 3:CV-17-0316 <br><br> (Judge Caputo) |

## MEMORANDUM

On February 21, 2017, pro se petitioner, Miguel A. Ruiz-Latorre, an inmate housed at the Mahanoy State Correctional Institution in Frackville, Pennsylvania, filed the above-captioned petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 21, 2017, the Court denied Mr. Ruiz-Latorre's request to proceed without prepayment of the $5.00 filing fee as he had sufficient funds in his inmate account to pay the fee. *See* ECF No. 6. Petitioner was directed to pay the filing fee within twenty-one days of the Court's order or his action would be dismissed without prejudice. (*Id.*)

The deadline has passed and Petitioner has neither submitted the filing fee nor requested an extension of time in which to do so. Consequently, Mr. Ruiz-Latorre's Petition for Writ of Habeas Corpus will be dismissed without prejudice.

The Court will issue an appropriate order.

Date: November __1__, 2017

A. RICHARD CAPUTO
United States District Judge