UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MIGUEL RUIZ-LATORRE

    Petitioner

    v.

SUPERINTENDENT THERESA
DEBASO, *et al.*,

    Respondents

Civil No. 3:CV-17-0316

(Judge Caputo)

# ORDER

AND NOW, this 1st day of **NOVEMBER, 2017**, based on the accompanying memorandum, it is **ORDERED** that:

1. The Petition (ECF No. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice due to Petitioner's failure to pay the filing fee.

2. The Clerk of Court is directed to close this case.

/s/ A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge